JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIANCES4LESS MIAMI, INC., | CV 25-5663 PA (PDx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| FL HAPPY APPLIANCES, INC., et al., | |
| Defendants. | |

Pursuant to the Court's December 23, 2025 Order dismissing without leave to amend the federal Lanham Act claim asserted by Plaintiff Appliances4Less Miami, Inc. ("Plaintiff") against defendants FL Happy Appliances Inc., Frontier Investment Group LLC, QG A4L Inc., Jiahua Zhang, Xiangzhen Meng, and Weijun Jiang (collectively "Defendants") and declining to exercise supplemental jurisdiction over Plaintiff's remaining state law claims; IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff's Lanham Act claim is dismissed with prejudice, and judgment is entered in favor of Defendants;

2. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, and those claim are dismissed without prejudice. See 28 U.S.C. § 1367(c)(3); and

3. Plaintiff shall take nothing on its Lanham Act claim, and Defendants shall recover their costs of suit.

IT IS SO ORDERED.

DATED: December 23, 2025

                                        Percy Anderson
                          UNITED STATES DISTRICT JUDGE